# EXHIBIT 2

## BODY WORN CAMERA VIDEO

## (Filed Electronically)