AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-6663

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAVID SONNA was received by me on *(date)* Aug 2, 2022, 5:26 am.

[X] I personally served the summons on the individual at *(place)* 939 W 33RD PLACE UNIT G, CHICAGO, IL 60608 on *(date)* Fri, Aug 05 2022 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 8/8/2022

*Server's signature*

Mike Noble Perc # 129.409117

*Printed name and title*

1706 Northfield Sq Unit B, Northfield, IL 60093

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 5, 2022, 10:17 am CDT at Company: 939 W 33RD PLACE UNIT G, CHICAGO, IL 60608 received by DAVID SONNA.

# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-6663

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WOW CHICAGO was received by me on *(date)* Aug 2, 2022, 5:26 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DAVID SONNA , who is designated by law to accept service of process on behalf of *(name of organization)* WOW CHICAGO on *(date)* Fri, Aug 05 2022 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 8/8/2022

*Server's signature*

Mike Noble Perc # 129.409117

*Printed name and title*

1706 Northfield Sq Unit B, Northfield, IL 60093

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 5, 2022, 10:17 am CDT at Company: 939 W 33RD PLACE UNIT G, CHICAGO, IL 60608 received by DAVID SONNA. Relationship: Reg Agent ;