## Re: Daoud 21cv6663

**Peter Sadelski** <psadelski@EFOXLAW.COM>
Wed 7/27/2022 2:57 PM

To: Demijan Drnovsek <demijan@mdlawchicago.com>

If he does not waive service then we will have to serve him and he will have to pay for those costs.

---

**From:** Demijan Drnovsek <demijan@mdlawchicago.com>
**Sent:** Wednesday, July 27, 2022 2:56 PM
**To:** Peter Sadelski <psadelski@EFOXLAW.COM>
**Subject:** Re: Daoud 21cv6663

Peter,

I dont have an update as of this time. I don't know if my client will waive service. It doesn't seem like he will.

Regards,

Demijan

On Wed, Jul 27, 2022, 2:54 PM Peter Sadelski <psadelski@efoxlaw.com> wrote:
> Demian,
>
> When can I expect the waivers?
>
> Peter
>
> ---
>
> **From:** Demijan Drnovsek <demijan@mdlawchicago.com>
> **Sent:** Monday, July 25, 2022 4:18 PM
> **To:** Peter Sadelski <psadelski@EFOXLAW.COM>
> **Subject:** Re: Daoud 21cv6663
>
> I received them. I will consult with my client. Thank you.
>
> Demijan
>
> On Mon, Jul 25, 2022, 4:16 PM Peter Sadelski <psadelski@efoxlaw.com> wrote:
>> Demijan,
>>
>> Lauren should have resent the waivers via email.
>>
>> Peter
>>
>> Peter T. Sadelski
>> Associate Attorney
>> Ed Fox & Associates, Ltd.

**EXHIBIT C**

300 W. Adams St. Suite 330
Chicago, Illinois 60606
312.345.8877

**From:** Demijan Drnovsek <demijan@mdlawchicago.com>
**Sent:** Friday, July 22, 2022 3:55 PM
**To:** Peter Sadelski <psadelski@EFOXLAW.COM>
**Subject:** Re: Daoud 21cv6663

Peter,

Please resend waiver.

Demijan

On Fri, Jul 22, 2022, 3:50 PM Peter Sadelski <psadelski@efoxlaw.com> wrote:
> Hello Demijan,
>
> Do you plan on signing the waiver we sent with the Complaint?
>
> Best,
> Peter
>
>
> Peter T. Sadelski
> Associate Attorney
> Ed Fox & Associates, Ltd.
> 300 W. Adams St. Suite 330
> Chicago, Illinois 60606
> 312.345.8877

## Daoud v. WOW Chicago, et al. | Waiver of Summons

Lauren Reuss <lreuss@EFOXLAW.COM>
Mon 7/25/2022 10:52 AM

To: demijan@mdlawchicago.com <demijan@mdlawchicago.com>

1 attachments (263 KB)
Amended Complaint Waivers.pdf;

Good morning,
Attached please find the form for the waiver of the service of summons. Please fill it out for Defendants WOW Chicago and David Sonna and return it to me at your earliest convenience.

Thank you,

**Lauren Reuss | Legal Assistant**
**300 W. Adams St., Suite 330, Chicago, IL 60606**
**Office: (312) 345-8877 | Fax: (312) 853-3489**

