**Nationwide Investigations**
333 S Wabash Ave Suite 2700
Chicago, IL 60604

INVOICE: 7453554
Issued: Aug 8, 2022
Sent to: Lauren Reuss

**Ed Fox & Associates**
Mary Swett
300 W Adam's Street Suite 330
Chicago , IL 60606

PAY TO:
**Nationwide Investigations**
333 S Wabash Ave Suite 2700
Chicago, IL 60604

| | |
|---|---|
| Case: 21-cv-6663<br>Job: 7453554 | **Plaintiff / Petitioner:** MUEIN DAOUD,<br>**Defendant / Respondent:** THE CITY OF CHICAGO, CHICAGO POLICE LIEUTENANT SHOSHI, STAR NO. 236, OFFICER MANUEL PAREDES, STAR NO. 16850, SERGEANT CHATTY, UNKNOWN AND UNNAMED OFFICERS, WOW CHICAGO, DAVID SONNA, UCG ASSOCIATES, INC., ANTHONY CARUSO, AND UNKNOWN AND UNNAMED SECURITY GUARD, |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Service of Process | DAVID SONNA<br>Company<br>939 W 33RD PLACE UNIT G<br>CHICAGO, IL 60608 | $75.00 | 1 | $75.00 |
| Additional Serve Same Address | Additional Serve Same Address - WOW Chicago<br>939 W 33RD PLACE UNIT G<br>CHICAGO, IL 60608 | $45.00 | 1 | $45.00 |

Thanks for your business. Please pay the "Balance Due" within 21 days.

Tax ID: 47-3485139

Total: $120.00
Amount Paid: ($0.00)
**Balance Due: $120.00**

**NATIONWIDE INVESTIGATIONS**
Process Serving - Investigations - Document Retrieval

Nationwide Investigations  •  333 S Wabash Ave Suite 2700, Chicago, IL 60604

Call: 312-361-3598  •  Email: kyle@nationwide-investigations.com  •  Visit: www.nationwide-investigations.com

EXHIBIT D